No. M–34. HUGO P. *v.* GEORGE P. ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 97–843. DAVIS, AS NEXT FRIEND OF LASHONDA D. *v.* MONROE COUNTY BOARD OF EDUCATION ET AL. C. A. 11th Cir. [Certiorari granted, 524 U. S. 980.] Motion of National School Boards Association et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 97–1049. LYNN ET AL. *v.* MURPHY, 522 U. S. 1115. Motion of respondent for compensation and expenses denied without prejudice to refiling in the United States Court of Appeals for the Second Circuit.

No. 97–1625. CALIFORNIA DENTAL ASSN. *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. [Certiorari granted, 524 U. S. 980.] Motion of Consumer Dental Choice Project of the National Institute for Science, Law, and Public Policy, Inc., for leave to file a brief as *amicus curiae* granted.

No. 98–5864: STRICKLER *v.* GREENE, WARDEN. C. A. 4th Cir. [Certiorari granted, *ante*, p. 809.] Motion of National Association of Criminal Defense Lawyers et al. for leave to file a brief as *amici curiae* granted.

No. 98–5881. LILLY *v.* VIRGINIA. Sup. Ct. Va. [Certiorari granted, *ante*, p. 981.] Motion of National Association of Criminal Defense Attorneys et al. for leave to file a brief as *amici curiae* granted.

No. 98–6024. STAFFORD ET VIR *v.* ROSSOTTI, COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 960] denied.